450 A.2d 203

Commonwealth v. Bane, Appellant.

Submitted March 24, 1982. Hugh S. Rebert, Public Defender, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.